# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TODD MCELROY,                )
                             )
      Plaintiff,           )
                             )
v.                           )   CV422-058
                             )
U.S. DISTRICT JUDGE          )
WILLIAM T. MOORE,            )
                             )
      Defendant.          )

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Todd McElroy is back again. He filed two lawsuits against Savannah Technical College in this Court in 2016. *See McElroy v. Savannah Technical College*, CV416-0046 (S.D. Ga. Feb. 8, 2016); *McElroy v. Savannah Technical College*, CV416-206 (S.D. Ga. July 20, 2016). Both of those cases were dismissed. *See* CV416-046, doc. 6 (S.D. Ga. June 20, 2016); CV416-206, doc. 7 (S.D. Ga. Oct. 26, 2016). Since those dismissals he has filed two additional actions in this Court based on his dissatisfaction with the outcome of those cases. *See McElroy v. U.S. District Court for the Southern District of Georgia, et al.*, CV421-196

(S.D. Ga. July 8, 2021); *McElroy v. EEOC*, CV421-232 (S.D. Ga. Aug. 17, 2021).

As before, McElroy's allegations in this case arise from Judge Moore's disposition of a prior case. *See* doc. 1 at 4. He seeks monetary damages. *Id.* He has also moved to pursue this case *in forma pauperis*. *See* doc. 2. As he contends that he lacks the funds to pay the Court's filing fee, *see* doc. 2 at 2 (disclosing $190.00 in cash and checking), that motion is **GRANTED**. Doc. 2. The Court, therefore, proceeds to screen the Complaint pursuant to 28 U.S.C. § 1915(e)(2).

The Court has previously explained to McElroy that "Judge[ ] Moore . . . [is] entitled to absolute judicial immunity from damages for those acts taken while [he is] acting in [his] judicial capacity unless [he] acted in the 'clear absence of all jurisdiction.'" CV421-196, doc. 5 at 5-6 (quoting, *inter alia*, *Stump v. Sparkman*, 435 U.S. 349, 356-57 (1978)). There, as here, McElroy "has not alleged that Judge[ ] Moore . . . lacked jurisdiction to consider [the disputed case]; rather, he seems to believe the result of that case was incorrect." *Id.* Although he cites to the disposition of his more recent suit against the United States Equal Employment Opportunity Commission, *see* doc. 1 at 4 (citing CV421-232),

the allegation concerning Savannah Technical College clearly relates back to his 2016 suits, *id*. Judge Moore enjoys absolute immunity from McElroy's claims. McElroy's Complaint should, therefore, be **DISMISSED**.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to the R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO ORDERED AND REPORTED AND RECOMMENDED**, this 14th day of March, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA